IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIGUEL COLON, | : | CIVIL ACTION |
|     *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD PASSENGER | : | |
| CORPORATION (AMTRAK), | : | |
|     *Defendant.* | : | NO. 18-5056 |

FILED
JUN 14 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW,** this 13th day of June 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

ENT'D JUN 14 2019

Civ 2 41.1(b) (3/18)